

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00664-CV

Stephen **TORRES**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13430
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against the City of San Antonio.

SIGNED December 7, 2016.

_____
Rebeca C. Martinez, Justice